PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Chambers                     Docket No. 0754 3:12CR30317-001

                                                      Register Number: 10007-025

Name of Sentencing Judicial Officer: Honorable Michael J. Reagan, U.S. District Judge

Name of Assigned Judicial Officer: Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

Date of Original Sentence: December 6, 2013

Original Offense:   Ct. 1: Transportation of Child Pornography
                    Ct. 2: Possession of Child Pornography

Original Sentence:  Cts. 1 & 2: 80 months' Bureau of Prison, concurrently; followed by 10 years' Supervised Release.

Type of Supervision: Supervised Release              Date Supervision Commenced: October 4, 2017

Date of Revocation: March 25, 2019

Basis for Prior Revocation: Unlawfully possessed a controlled substance; failed to comply with the sex offender registration act; failed to pay financial obligation; failed to submit written reports as directed; failed to participate in mental health treatment; failed to participate in sex offender treatment program as directed; and unsuccessfully discharged from sex offender treatment program.

Revocation Sentence: Cts. 1 & 2: 4 months' Bureau of Prisons; followed by 4 months in a Residential Reentry Center; followed by 5 years' Supervised Release.

Date Supervision Commenced After Revocation: August 30, 2019

Custody Status: The defendant is not in custody and remains under supervision.

Assistant U.S. Attorney: Ms. Ali Summers             Defense Attorney: Christopher P. Threlkeld

---

## PETITIONING THE COURT

[ X ]   To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not unlawfully possess a controlled substance. |
| | On December 2, 2020, the defendant unlawfully possessed a controlled substance, marihuana. |

**Offender Name:  Joshua  Chambers**
**Docket Number:  0754 3:12CR30317-001**

|  |  |
|---|---|
|  | On or about October 1, 2020, to December 2, 2020, the defendant verbally admitted to unlawfully possessing a controlled substance, marihuana. |
| Standard #2 | The defendant shall report to the probation officer in a reasonable manner and frequency directed by the Court or probation officer. |
|  | On November 30, 2020, the defendant failed to report to the probation officer as directed. |
|  | On December 7, 2020, the defendant failed to report to the probation officer as directed. |
|  | The defendant failed to submit monthly supervision reports within the first 10 days of the month for the following months:  October 2019, November 2019, March 2020, April 2020, May 2020, June 2020, August 2020, September 2020, October 2020. |
|  | The defendant failed to submit monthly supervision reports for the following months:  July 2020, and November 2020. |
| Special | The defendant shall participate, as directed and approved by the probation officer, in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis and/or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center. The number of drug tests shall not exceed 52 tests in a one-year period. Any participation will require complete abstinence from all alcoholic beverages and any other substances for the purpose of intoxication. The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered. |
|  | On November 30, 2020, the defendant failed to submit to a urinalysis test as directed by the probation officer. |
|  | On December 7, 2020, the defendant failed to submit to a urinalysis test as directed by the probation officer. |
| Special | The defendant shall participate in an approved sexual offender treatment program, as directed by the probation officer.  If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation, as directed by the probation officer.  The defendant shall abide by all rules, requirements, and conditions of the treatment program, including submission to polygraph and/or plethysmograph examination to determine compliance with the conditions of release. The defendant shall remain in the program until successfully completed, |

**Offender Name:  Joshua  Chambers**
**Docket Number:  0754 3:12CR30317-001**

|  |  |
|---|---|
|  | or until such time as the defendant is released from the program by the Court and/or probation officer.  The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered. |
|  | The defendant failed to participate in a sex offender treatment program in that he failed to attend the following dates:  April 1, 2020; August 10, 2020; August 17, 2020; and September 7, 2020. |
| Special | The defendant shall participate in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis and/or other drug detection measures, and which may require residence and/or participation in a residential treatment facility, or residential reentry center (halfway house).  The number of drug tests shall not exceed 52 tests in a one-year period.  Any participation will require complete abstinence from all alcoholic beverages and any other substances for the purpose of intoxication.  The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale and the defendant's ability to pay.  The defendant's financial obligation shall never exceed the total cost of services rendered.  The Court directs the probation officer to approve the treatment provider and, in consultation with a licensed practitioner, the frequency and duration of counseling sessions, and the duration of treatment, as well as monitor the defendant's participation, and assist in the collection of the defendant's copayment. |
|  | The defendant failed to participate in a substance abuse treatment program in that he failed to attend on December 19, 2019. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒ revoked
☐ extended for * years, for a total term of * years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

by _____
     Kevin C. Rayman
     U.S. Probation Officer

Date:  December 18, 2020

**Offender Name: Joshua Chambers**
**Docket Number: 0754 3:12CR30317-001**

This document has been reviewed and approved.

by  _____
Reginald C. Box, Jr.
Supervisory U.S. Probation Officer

Date: December 18, 2020

KCR/lmg

_____

THE COURT ORDERS:

☐   Submit a Request for Modifying the Condition or Term of Supervision
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_____
Honorable Nancy J. Rosenstengel
Chief U.S. District Judge

December 21, 2020